```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
ROBERT MIMS,                         :
                                     :   07 CIV. 1926 (DLC)
                 Plaintiff,          :
                                     :   ORDER OF
      -v-                            :   SATISFACTION OF
                                     :   HABEAS CORPUS AD
CORRECTION OFFICER DANIELLE UFLAND;  :   TESTIFICANDUM
CORRECTION OFFICER BARRY STEVENS,    :
CORRECTION OFFICER RYAN WESTFIELD,   :
CORRECTION OFFICER MATTHEW SEAMAN;   :
CORRECTION OFFICER MICHAEL RHYNDERS; :
CORRECTION OFFICER RAYMOND TILLEY,   :
SERGEANT MICHAEL SCOTT, and SERGEANT :
SCOTT ROGERS,                        :
                                     :
                 Defendants.         :
                                     :
-------------------------------------X
```

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/2/09**

DENISE COTE, District Judge:

TO:

    **JAMES CONWAY**, Superintendent of Attica Correctional Facility, Attica, New York, or his assistant; and

        **THE DEPARTMENT OF CORRECTIONAL SERVICES of the State of New York**; and

        **JOSEPH GUCCIONE, UNITED STATES MARSHAL** for the Southern District of New York, United States Courthouse, New York, New York, or his successor or assistant; and

        **JAMES N. CROSS**, WARDEN of the METROPOLITAN CORRECTIONAL CENTER, New York, New York, or his successor or assistant.

**GREETINGS:**

    The writ of habeas corpus ad testificandum covering **GABRIEL GONZALEZ (04-A-1868)**, previously detained at Attica Correctional Facility in the custody of the DEPARTMENT OF

CORRECTIONS, and thereafter brought under safe and secure conduct to the METROPOLITAN CORRECTIONAL CENTER pursuant to the writ of this Court on February 5, 2009, is hereby satisfied. The Court directs the UNITED STATES MARSHAL and JAMES N. CROSS, WARDEN, or their successors or assistants to provide for the safe return of **GABRIEL GONZALEZ (04-A-1868)** to the custody of THE COMMISSIONER of the DEPARTMENT OF CORRECTIONS of the State of New York, who shall return the witness **GABRIEL GONZALEZ (04-A-1868)** under safe and secure custody to Attica Correctional Facility, Attica, New York, from which he was produced. The DEPARTMENT OF CORRECTIONS of the State of New York, the UNITED STATES MARSHAL, and the UNITED STATES BUREAU OF PRISONS shall each bear their respective costs of implementation of the terms of this order.

**SO ORDERED:**

Dated:   New York, New York
         March 2, 2009

_____
DENISE COTE
United States District Judge